**WEISBERG LAW, P.C.**
BY: Matthew B. Weisberg
Attorney ID. #85570
7 South Morton Ave.                                    Attorney for Plaintiff
Morton, PA 19070
(610) 690-0801
Fax (610) 690-0880

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES W. STOUT, III, and<br>MANAGEMENT REVENUE GROUP, LLC,<br>Plaintiff | NO. 2:10-cv-05430-JF |
| v. | |
| GEORGE E. WEAVER, HOLLY WEAVER,<br>RONALD DiFRANCO, GHRW, LLC, and<br>MOUNTAIN COMMUNICATION SYSTEMS, LLC,<br>Defendants | JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, MATTHEW B. WEISBERG, do hereby certify that on August 1, 2011, I served a true and correct copy of the attached Answer with Affirmative Defenses and Crossclaims to the below-named party via ECF.

Alexander Geiger, Esquire
Geiger and Rothenberg, LLP
920 N. Broad Street, Suite 8
Lansdale, PA 19446

Joseph M. Demarco
March & Hurwitz, P.C.
17 W. Third Street
P.O. Box 108
Media, Pa 19063

WEISBERG LAW, P.C.

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorneys for Plaintiff