MARCH, HURWITZ & DeMARCO, P.C.
BY:  JOSEPH M. DeMARCO, ESQUIRE
ATTORNEY I.D. NO. 44061
17 WEST THIRD STREET
P.O. BOX 108
MEDIA, PENNSYLVANIA  19063
(610) 565-3950

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES W. STOUT, III, and<br>MANAGEMENT REVENUE GROUP, LLC,<br>    Plaintiff<br><br>v.<br><br>GEORGE E. WEAVER, HOLLY WEAVER,<br>RONALD DiFRANCO, GHRW, LLC, and<br>MOUNTAIN COMMUNICATION SYSTEMS, LLC,<br>    Defendants | NO. 2:10-cv-05430-JF<br><br><br><br>JURY TRIAL DEMANDED |

## REPLY TO THE CROSSCLAIMS
## OF CO-DEFENDANT GHRW, LLC

1-4.   Denied.  The averments contained in these paragraphs are conclusions of law to which no response is required.  To the extent deemed factual, Answering Defendants incorporate herein by reference as though fully set forth at length the averments contained in their Answer with Affirmative Defenses and Crossclaims.

WHEREFORE, Answering Defendants George E. Weaver, Holly Weaver and Mountain Communication Systems, LLC respectfully requests this Honorable Court enter Judgment in its favor and against Co-Defendants, together with interest, penalties, attorney's fees, costs, and all other relief that the Court deems just and reasonable.

MARCH, HURWITZ & DeMARCO, P.C.

BY:   /s/ Joseph M. DeMarco
JOSEPH M. DeMARCO, ESQUIRE
Attorney for Defendants George E. Weaver, Holly Weaver and
Mountain Communication Systems, LLC

MARCH, HURWITZ & DeMARCO, P.C.
BY: JOSEPH M. DeMARCO, ESQUIRE
ATTORNEY I.D. NO. 44061
17 WEST THIRD STREET
P.O. BOX 108
MEDIA, PENNSYLVANIA 19063
(610) 565-3950

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES W. STOUT, III, and<br>MANAGEMENT REVENUE GROUP, LLC,<br>Plaintiff | NO. 2:10-cv-05430-JF |
| v. | JURY TRIAL DEMANDED |
| GEORGE E. WEAVER, HOLLY WEAVER,<br>RONALD DiFRANCO, GHRW, LLC, and<br>MOUNTAIN COMMUNICATION SYSTEMS, LLC,<br>Defendants | |

## CERTIFICATE OF SERVICE

I, JOSEPH M. DeMARCO, ESQUIRE, do hereby certify that on August 3, 2011, I served a true and correct copy of the attached Reply to the Crossclaims of Co-Defendant GHRW, LLC to the below-named party via deposit in a sealed envelope into First Class Mail.

Alexander Geiger, Esquire
Geiger and Rothenberg, LLP
920 N. Broad Street, Suite 8
Lansdale, PA 19446

Robert P. Cocco, Esquire
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

MARCH, HURWITZ & DeMARCO, P.C.

BY: /s/ Joseph M. DeMarco
JOSEPH M. DeMARCO, ESQUIRE
Attorney for Defendants George E. Weaver, Holly Weaver and
Mountain Communication Systems, LLC